IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

**ENTERED**
MAR 2 7 2001
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

WILBUR EARL TENNANT, et al.

    Plaintiffs,

v.    CIVIL ACTION NO. 6:99-0488

E. I. DUPONT DE NEMOURS
& CO., INC.

    Defendant.

## ORDER

On March 26, 2001, the parties appeared by counsel to address the defendant's pending motion for temporary restraining order/preliminary injunction, and motion to file the same under seal. For the reasons stated by the court on the record, the motions are **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   March 26, 2001

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE